IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JAYSON S. BAYLEY                                                         PLAINTIFF


        v.                              CIVIL NO. 07-5126


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

## J U D G M E N T

        Now on this 5th day of June, 2008, comes on for consideration the Report and

Recommendation dated May 9, 2008, by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without

objections being filed by the parties.  The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms

the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

        IT IS SO ORDERED.


                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE